trict Attorney, with him *Allan M. Cashman,* Assistant District Attorney, and *Donald L. Reihart,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Miller, Appellant.

Argued March 10, 1975. *John W. Thompson, Jr.,* with him *Shoemaker & Thompson,* for appellant; *Morrison B. Williams,* Deputy District Attorney, with him *Richard H. Horn,* Assistant District Attorney, and *Donald L. Reihart,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Millrood, Appellant.

Argued March 20, 1975. *Donald J. Goldberg,* with him *Michael J. Perezous, Oscar Spivack,* and *Xakellis, Perezous & Mangiovi,* and *Spivack, Dranoff & Shaw,* for appellant; *J. Kenneff,* with him *Charles A. Achey, Jr.,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Myers, Appellant.

Argued March 21, 1975. *Kenneth D. Brown*, Assistant Public Defender, with him *John A. Felix*, Public Defender, for appellant; *Allen E. Ertel*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Myers, Appellant.

Argued March 10, 1975. *Robert W. Geigley*, with him *Blake E. Martin*, Public Defender, for appellant; *George S. Glen*, Assistant District Attorney, with him *John R. Walker*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth, Appellant, *v.* Neubauer, et al.

Argued March 10, 1975. *David B. Schaumann*, Assistant District Attorney, with him *Sheryl Ann Dorney*, Assistant District Attorney, and *Donald L. Reihart*, District Attorney, for Commonwealth, appellant; *John R. Gailey, Jr.*, with him *Gailey, Fitzkee & Gates*, for appellees.

Order affirmed.

## Commonwealth *v.* Pana, Appellant.